# Court of Appeals
# of the State of Georgia

ATLANTA, January 12, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0919.  KENNETH W. ROBINSON v. REPUBLIC FINANCE, LLC.**

This case was docketed by this Court on December 3, 2025. This Court subsequently granted Appellant an extension until January 8, 2026, to file a brief and enumeration of errors and advised Appellant that no further extension would be granted. As of the date of this order, Appellant still has not filed a brief and enumeration of errors. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13, 16 (b), and 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/12/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*